IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EATON CORPORATION,                          :
                                            :
            Plaintiff,                      :
                                            :
      v.                                    : Civil Action No. 97-421-JJF
                                            :
ROCKWELL INTERNATIONAL                      :
CORPORATION,                                :
                                            :
            Defendant.                      :

## ORDER

WHEREAS, this matter has concluded in our Court,

IT IS HEREBY ORDERED this __20__ day of June, 2006,

that the Clerk of the Court is directed to destroy Court Exhibit

( No. 1 ) from the motion hearing held on October 1, 1997.

_____
UNITED STATES DISTRICT JUDGE