ORIGINAL

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 14, 2006

Donald E. Reid
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: dreid@mnat.com

RE:  **EATON CORPORATION, v. ROCKWELL INTERNATIONAL CORPORATION.**
     Civ. No.: 97-421 JJF

Dear Counsel:

Pursuant to the Order entered on 7/6/06 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:  112, 119, 125, 144, 149, 155, 209, 210, 211, 212, 213, 214, 215, 219, 278, 279, 282, 289, 325, 351, 362, 363, 367, 372, 398, 477, 480, 510, 516, and 523.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on __7/17/06__.

Signature

2006 JUL 17 PM 1:12
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE