

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 14, 2006

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
6th Flr. P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:rhorwitz@potteranderson.com

RE: **EATON CORPORATION, v. ROCKWELL INTERNATIONAL CORPORATION.**
Civ. No.: 97-421 JJF

Dear Counsel:

Pursuant to the Order entered on 7/6/06 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS: 64, 75, 102, 104, 123, 135, 136, 138, 140, 147, 156, 157, 163, 171, 173, 185, 187, 229, 230, 251, 256, 257, 262, 290, 299, 326, 331, 350, 357, 368, 379, 388, 389, 409, 419, 443, 479, 502, 514, 528, and 533.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *Ron Golden*

I hereby acknowledge receipt of the above mentioned documents on __7-14-06__.

Signature